UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY W. SHEPARD,<br><br>    Petitioner,<br><br>v.<br><br>JEFFREY A UTTECHT,<br><br>    Respondent. | CASE NO. C19-5351 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus, Dkt. 7, is **DISMISSED without prejudice**;

(3) A certificate of appealability is **DENIED**;

(4) Petitioner's remaining motion, Dkt. 10, is **DENIED without prejudice as moot**; and

(5)     The Clerk shall close this case.

Dated this 29th day of August, 2019.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge